USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/26/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIANO HUERTA, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

AURA WELLNESS SPA CORP., ROCKFORD CHUN, and OFFICER JANE DOE,

                Defendants.

1:19-cv-11095-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly, it is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on April 2, 2020 is adjourned *sine die*. It is further ORDERED that the parties shall file an updated joint status letter and a Proposed Case Management Plan in compliance with the Court's Individual Rules of Practice in Civil Cases no later than April 24, 2020. Both a model Case Management Plan and the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

**Date: March 26, 2020**
**New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**